# Court of Appeals
# of the State of Georgia

ATLANTA, __December 09, 2015__

*The Court of Appeals hereby passes the following order:*

**A16A0586. JENNIFER HINES v. MIDFIRST BANK.**

MidFirst Bank filed a dispossessory action against Jennifer Hines in magistrate court. Following an adverse ruling, Hines appealed to state court, which likewise entered judgment in favor of MidFirst Bank. Hines filed this direct appeal from the state's court's order. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Hines was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/09/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*